ORIGINAL

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

| | | |
|---|---|---|
| CHARLES MACKEY, | ) | |
| Plaintiff, | ) | |
| v. | ) | CV 309-039 |
| RALPH KEMP, in his official capacity, | ) | |
| Defendant. | ) | |

## ORDER

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is **ADOPTED** as the opinion of the Court. Therefore, Plaintiff's claim against Defendant Kemp is **DISMISSED** without prejudice for failure to exhaust administrative remedies. As Defendant Kemp is the only named Defendant in this action, this civil action is **CLOSED**.

SO ORDERED this ___ day of August, 2009, at Augusta, Georgia.

_____
UNITED STATES DISTRICT JUDGE